MEYER SMULIAN, Respondent, v. INDEPENDENT WAREHOUSES, INC., Appellant, and WILLIAM PFEIFER, JR., et al., Individually and as Partners Doing Business under the Name of PFEIFER BROS., Impleaded Defendants-Respondents.— Judgment unanimously reversed, with costs to the appellant, and the complaint dis-

missed, with costs, on the ground that the evidence failed to establish any actionable negligence on the part of the defendant-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.